1  BENJAMIN B. WAGNER
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900

5

6  Attorneys for Defendant
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  SECURITY NATIONAL INSURANCE          CASE NO.  13-CV-01594 MCE-CKD
    COMPANY, as subrogee of All Power, Inc.,
12                                       **STIPULATION AND ORDER TO EXTEND THE
                      Plaintiff,         TIME FOR FILING THE JOINT STATUS
13                                       REPORT**
                   v.
14
    UNITED STATES OF AMERICA, ET AL.
15
                      Defendants.
16

17

18        Defendant United States and Plaintiff Security National Insurance Company, by and through

19  their respective counsel, stipulate and respectfully request that the deadline for filing the Joint Status

20  Report be continued until the resolution of Defendant United States' motion to dismiss the complaint for

    lack of jurisdiction.  (Dkt 10)
21

22  Dated:  January 9, 2014                    Respectfully submitted,

23                                             BENJAMIN B. WAGNER
                                               United States Attorney
24

25                                       By:   /s/   *Chi Soo Kim*
                                               CHI SOO KIM
26                                             Assistant U.S. Attorney

27

28

    STIPULATION AND [PROPOSED] ORDER TO          1
    EXTEND THE TIME FOR FILING THE JSR

1  Dated:  January 9, 2014

2                                                  By:      /s/ *Benjamin F. Gallagher*

3                                                           BENJAMIN F. GALLAGHER
                                                           Attorney for Plaintiff Security National Insurance
4                                                           Co.

5

6

7                                                  **ORDER**

8

9              IT IS SO ORDERED.

10 Dated:  January 13, 2014

11

12

13 _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
   UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO                    2
EXTEND THE TIME FOR FILING THE JSR